AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

SEAN LANE, (see additional plaintiffs attached at 1(a) )
)
)
)
Plaintiff )
v. )
FACEBOOK, INC., (see additional defendants attached at 1(b) )
)
)
Defendant )

ADR

Civil Action No.

C08 03845

RS

### Summons in a Civil Action

To: FACEBOOK, INC., (see additional defendants attached at 1(b)

(Defendant's name)

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Alan Himmelfarb,
KAMBEREDELSON, LLC
2757 Leonis Boulevard,
Vernon, California 90058
Telephone: (323) 585-8696

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 2 2008

Date: _____

_____
Richard W. Wieking
Name of clerk of court

Tiffany Salinas-Harwell
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## Attachment to Summons

### 1(a) Plaintiffs:

MOHANNAED SHEIKHA, SEAN MARTIN, , ALI SAMMOUR, MOHAMMAED ZIDAN, SARA KARROW, COLBY HENSON, DENTON HUNKER, FIRAS SHEIKHA, HASSEN SHEIKHA, LINDA STEWART, TINA TRAN, MATTHEW SMITH, ERICA PARNELL, JOHN CONWAY, AUSTIN MUHS, PHILLIP HUERTA, ALICIA HUNKER, individuals, on behalf of themselves and all others similarly situated, and MEGAN LYNN HANCOCK, a minor, by and through her parent REBECCA HOLEY,

### 1(b) Defendants:

a Delaware Corporation, BLOCKBUSTER, INC., a Delaware Corporation, FANDANGO, INC., a Delaware Corporation, HOTWIRE, INC., a Delaware Corporation, STA TRAVEL, INC., a Delaware Corporation, OVERSTOCK.COM, INC., a Delaware Corporation, ZAPPOS.COM, INC., a Delaware Corporation. GAMEFLY, INC., a Delaware Corporation. AND JOHN DOES 1-40, corporations

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address