

Clerk's Use Only
Initial for fee pd.:

Joseph Hanson Malley
Law Office of Joseph H. Malley
1045 North Zang Boulevard
Dallas, Texas 75208
(214) 943-6100

**FILED**
2008 AUG 18 P 3: 42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN LANE, ET AL.,

            Plaintiff(s),

v.

FACEBOOK, INC., ET AL.,

            Defendant(s).

CASE NO. C08-03845

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Joseph Hanson Malley, an active member in good standing of the bar of Northern District Court of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Sean Lane, et.al., in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Alan Himmelfarb,
    KAMBER EDELSON, LLC
    2757 Leonis Boulevard
    Vernon, California 90058
    Telephone (323) 585-8696

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-15-08

*[signature: Joseph H. Malley]*