RECEIVED
2008 AUG 18 PM 3:42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN LANE, ET AL.,

Plaintiff(s),

v.

FACEBOOK, INC., ET AL.,

Defendant(s).

CASE NO. C08-03845

(Proposed)

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Joseph Hanson Malley, an active member in good standing of the bar of Northern District Court of Texas, whose business address and telephone number is Law Office of Joseph H. Malley. 1045 North Zang Boulevard, Dallas, Texas 75208, (214) 943-6100.

Joseph Hanson Malley, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing *Plaintiffs*.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States Magistrate Judge Seeborg