1   Shawn Hanson (State Bar No. 109321)
    shanson@jonesday.com
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, CA  94104
    Telephone:     (415) 626-3939
4   Facsimile:     (415) 875-5700

5   Attorneys for Defendant
    HOTWIRE, INC.
6
    [Counsel for Defendants Continued on Signature Page]
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  **SEAN LANE, et al.,**              **Case No. C 08-03845 RS**

13            **Plaintiffs,**            **JOINT STIPULATION AND
                                         [PROPOSED] ORDER RE OPEN**
14        **v.**                         **EXTENSION OF TIME TO
                                         RESPOND TO COMPLAINT**
15  **FACEBOOK, INC., et al.,**

16            **Defendants.**
                                         **Judge:    Richard Seeborg**
17

18

19           Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and

20  agree, subject to the approval of the Court, as follows:

21           1.      Defendant Facebook, Inc. intends to file a motion to dismiss the complaint on or

22  before October 10, 2008, and all parties to this action wish to have that motion to dismiss

23  resolved prior to requiring responsive pleadings from the non-Facebook defendants given similar

24  issues of law pertaining to the claims asserted in the complaint as against such defendants.

25           2.      In furtherance thereof, all parties stipulate that Plaintiffs and each of them will

26  give each of the non-Facebook defendants an open extension of time to respond to the complaint

27  that Plaintiffs may terminate without Court approval at any time upon thirty (30) days written

28  notice to each of the non-Facebook defendants.

3.      All parties stipulate further that no non-Facebook defendant will respond to the complaint in any subsequently-filed related case prior to responding to the complaint in this matter and will promptly notify all parties of any subsequently-filed related case.  Each non-Facebook defendant will meet and confer with Plaintiffs' counsel with respect to any notice of related cases if such non-Facebook defendant is served with a complaint.

4.      The parties respectfully request the Court to reschedule the initial case management conference, currently scheduled for December 3, 2008 at 2:30 p.m., to sometime in January 2009.  The parties further request the Court to schedule a status conference during the week of December 15, 2008, and to relieve the parties from preparing initial disclosures (currently due on November 26, 2008) until a new date is set for the initial case management conference.

5.      Given that many of the parties have not yet appeared in this action, all parties reserve the right to file and serve a Declination to Proceed before the United States Magistrate Judge at any time prior to the filing and service by Plaintiffs of their opposition to Facebook's motion to dismiss.


DATED:  October 10, 2008                    KAMBEREDELSON LLC


                                            By:    /s/ Alan Himmelfarb
                                                 Alan Himmelfarb
                                                 Scott A. Kamber (not admitted; *pro hac vice* application to be filed)
                                                 Attorneys for Plaintiffs


DATED:  October 9, 2008                     COOLEY GODWARD KRONISH LLP


                                            By:    /s/ Michael G. Rhodes
                                                 Michael G. Rhodes
                                                 Attorneys for Facebook, Inc.

JOINT STIP. & PROP. ORD. RE OPEN EXT.
OF TIME TO RESPOND, C 08-03845 RS

1    DATED:  October 9, 2008                JONES DAY

2

3                                           By:    /s/ Shawn Hanson
                                                   Shawn Hanson
4                                                  Attorneys for Defendant Hotwire, Inc.

5
     DATED:  October 9, 2008                VINSON & ELKINS LLP
6

7                                           By:    /s/ Marc A. Fuller
                                                   Marc A. Fuller
8                                                  Attorneys for Defendant Blockbuster, Inc.

9

10   DATED:  October 9, 2008                ZAPPOS.COM, INC.

11
                                            By:    /s/ Donna M. Herzing
12                                                 Donna M. Herzing
                                                   Attorneys for Defendant Zappos.com, Inc.
13

14
     DATED:  October __, 2008               OVERSTOCK.COM, INC.
15

16                                          By:
                                                   Jonathan Johnson
17                                                 Attorneys for Defendant Overstock.com, Inc.

18

19   DATED:  October 9, 2008                FANDANGO, INC.

20
                                            By:    /s/ Lisa H. Harrington
21                                                 Lisa H. Harrington
                                                   Attorneys for Defendant Fandango, Inc.
22

23
     DATED:  October 9, 2008                HAYES DAVIS BONINO ELLINGSON MCLAY &
24                                          SCOTT, LLP

25
                                            By:    /s/ Stephen P. Ellingson
26                                                 Stephen P. Ellingson
                                                   Attorneys for Defendant STA Travel, Inc.
27

28

1 | DATED:  October 10, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    /s/ Kent R. Raygor              
      Kent R. Raygor
      Attorneys for Defendant Gamefly, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008

_____
The Honorable Richard Seeborg
Magistrate Judge of the United States
   District Court

JOINT STIP. & PROP. ORD. RE OPEN EXT.
OF TIME TO RESPOND, C 08-03845 RS