| | |
|---|---|
| Shawn Hanson (State Bar No. 109321)<br>shanson@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:     (415) 626-3939<br>Facsimile:      (415) 875-5700 | *E-FILED 10/10/08* |

Attorneys for Defendant
HOTWIRE, INC.

[Counsel for Defendants Continued on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SEAN LANE, et al.,**<br><br>                    **Plaintiffs,**<br><br>     v.<br><br>**FACEBOOK, INC., et al.,**<br><br>                    **Defendants.** | **Case No. C 08-03845 RS**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE OPEN EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**Judge:    Richard Seeborg** |

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Defendant Facebook, Inc. intends to file a motion to dismiss the complaint on or before October 10, 2008, and all parties to this action wish to have that motion to dismiss resolved prior to requiring responsive pleadings from the non-Facebook defendants given similar issues of law pertaining to the claims asserted in the complaint as against such defendants.

2. In furtherance thereof, all parties stipulate that Plaintiffs and each of them will give each of the non-Facebook defendants an open extension of time to respond to the complaint that Plaintiffs may terminate without Court approval at any time upon thirty (30) days written notice to each of the non-Facebook defendants.

3. All parties stipulate further that no non-Facebook defendant will respond to the complaint in any subsequently-filed related case prior to responding to the complaint in this matter and will promptly notify all parties of any subsequently-filed related case. Each non-Facebook defendant will meet and confer with Plaintiffs' counsel with respect to any notice of related cases if such non-Facebook defendant is served with a complaint.

4. The parties respectfully request the Court to reschedule the initial case management conference, currently scheduled for December 3, 2008 at 2:30 p.m., to sometime in January 2009. The parties further request the Court to schedule a status conference during the week of December 15, 2008, and to relieve the parties from preparing initial disclosures (currently due on November 26, 2008) until a new date is set for the initial case management conference.

5. Given that many of the parties have not yet appeared in this action, all parties reserve the right to file and serve a Declination to Proceed before the United States Magistrate Judge at any time prior to the filing and service by Plaintiffs of their opposition to Facebook's motion to dismiss.


DATED: October 10, 2008               KAMBEREDELSON LLC

                                      By:   /s/ Alan Himmelfarb
                                          Alan Himmelfarb
                                          Scott A. Kamber (not admitted; *pro hac vice* application to be filed)
                                          Attorneys for Plaintiffs


DATED: October 9, 2008                COOLEY GODWARD KRONISH LLP

                                      By:   /s/ Michael G. Rhodes
                                          Michael G. Rhodes
                                          Attorneys for Facebook, Inc.

| | | |
|---|---|---|
| 1 | DATED: October 9, 2008 | JONES DAY |
| 2 | | |
| 3 | | By:  /s/ Shawn Hanson  <br>Shawn Hanson |
| 4 | | Attorneys for Defendant Hotwire, Inc. |
| 5 | DATED: October 9, 2008 | VINSON & ELKINS LLP |
| 6 | | |
| 7 | | By:  /s/ Marc A. Fuller  <br>Marc A. Fuller |
| 8 | | Attorneys for Defendant Blockbuster, Inc. |
| 9 | | |
| 10 | DATED: October 9, 2008 | ZAPPOS.COM, INC. |
| 11 | | |
| 12 | | By:  /s/ Donna M. Herzing  <br>Donna M. Herzing |
| 13 | | Attorneys for Defendant Zappos.com, Inc. |
| 14 | | |
| 15 | DATED: October __, 2008 | OVERSTOCK.COM, INC. |
| 16 | | By:  <br>Jonathan Johnson |
| 17 | | Attorneys for Defendant Overstock.com, Inc. |
| 18 | | |
| 19 | DATED: October 9, 2008 | FANDANGO, INC. |
| 20 | | |
| 21 | | By:  /s/ Lisa H. Harrington  <br>Lisa H. Harrington |
| 22 | | Attorneys for Defendant Fandango, Inc. |
| 23 | | |
| 24 | DATED: October 9, 2008 | HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP |
| 25 | | |
| 26 | | By:  /s/ Stephen P. Ellingson  <br>Stephen P. Ellingson |
| 27 | | Attorneys for Defendant STA Travel, Inc. |
| 28 | | |

1 | DATED: October 10, 2008                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: ___/s/ Kent R. Raygor_____
    Kent R. Raygor
    Attorneys for Defendant Gamefly, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___October 10_____, 2008    _____
    The Honorable Richard Seeborg
    Magistrate Judge of the United States District Court