UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court:  7 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   NOT REPORTED                    DATE:   12/16/08
COURTROOM DEPUTY:  MARTHA PARKER BROWN
                                                  CASE #:   C 08-03845RS

CASE TITLE:   LANE, ET AL          VS.   FACEBOOK, ET AL

**Appearances for Plaintiff(s)**            **Appearances for Defendant(s)**

 SCOTT KAMBER   for LANE                     MIKE RHODES for FACEBOOK

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.    {X}TELEPHONIC STATUS CONF.    { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. |    |
|-------|-------|-----------|----|
| { }   | { }   | { }       | 1. |
| { }   | { }   | { }       | 2. |
| { }   | { }   | { }       | 3. |
| { }   | { }   | { }       | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[  ] SETTLED      [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED        [   ] DENIED        [   ] SUBMITTED        [   ] DENIED/GRANTED in part

***[  ] BRIEFS TO BE FILED AS FOLLOWS***:

 {   } Cont'd to              @              For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments:    STATUS CONFERENCE IS HELD.