1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  JONES DAY                                          *E-FILED 1/22/09*
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700

5  Attorneys for Defendant
   HOTWIRE, INC.
6
   [Counsel for Defendants Continued on Signature Page]
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 **SEAN LANE, et al.,**                    **Case No. C 08-03845 RS**

13          **Plaintiffs,**                  **JOINT STIPULATION AND
                                             [PROPOSED] ORDER RE
14      v.                                   PROCEEDING BEFORE JUDGE
                                             SEEBORG AND REMOVING
15 **FACEBOOK, INC., et al.,**               **MOTION TO DISMISS FROM
                                             COURT CALENDAR**
16          **Defendants.**
                                             **Judge:   Richard Seeborg**
17

18

19      Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and

20 agree, subject to the approval of the Court, as follows:

21      1.     Further to the call with the Court on December 17, 2008, all parties stipulate that

22 they consent to proceeding before United States Magistrate Judge Richard Seeborg in the above-

23 captioned proceedings for all purposes.

24      2.     Moving party Facebook, Inc. requests that the Court take off calendar the pending

25 motion to dismiss the complaint, filed October 10, 2008, and schedule a status conference for

26 early March 2009.

27

28

                                    JOINT STIP. & PROP. ORD. RE PROCEEDING
                                    BEFORE JUDGE SEEBORG & REMOVING MTN.
                                    TO DIS. FROM CALENDAR, C 08-03845 RS

| | | |
|---|---|---|
| 1 | DATED:  January 22, 2009 | KAMBEREDELSON LLC |
| 2 | | |
| 3 | | By:   /s/ Scott A. Kamber<br>Alan Himmelfarb |
| 4 | | Scott A. Kamber (*pro hac vice* to be submitted)<br>Attorneys for Plaintiffs |
| 5 | | |
| 6 | DATED:  January 22, 2009 | COOLEY GODWARD KRONISH LLP |
| 7 | | |
| 8 | | By:   /s/ Michael G. Rhodes<br>Michael G. Rhodes |
| 9 | | Attorneys for Facebook, Inc. |
| 10 | DATED:  January 22, 2009 | JONES DAY |
| 11 | | |
| 12 | | By:   /s/ Shawn Hanson<br>Shawn Hanson |
| 13 | | Attorneys for Defendant Hotwire, Inc. |
| 14 | | |
| 15 | DATED:  January 9, 2009 | VINSON & ELKINS LLP |
| 16 | | |
| 17 | | By:   /s/ Marc A. Fuller<br>Marc A. Fuller |
| 18 | | Attorneys for Defendant Blockbuster, Inc. |
| 19 | | |
| 20 | DATED:  January 22, 2009 | ZAPPOS.COM, INC. |
| 21 | | By:   /s/ Donna M. Herzing |
| 22 | | Donna M. Herzing<br>Attorneys for Defendant Zappos.com, Inc. |
| 23 | | |
| 24 | DATED:  January 20, 2009 | OVERSTOCK.COM, INC. |
| 25 | | |
| 26 | | By:   /s/ Jonathan E. Johnson III<br>Jonathan E. Johnson III |
| 27 | | Attorneys for Defendant Overstock.com, Inc. |
| 28 | | |

- 2 -   JOINT STIP. & ~~PROP.~~ ORD. RE PROCEEDING BEFORE JUDGE SEEBORG & REMOVING MTN. TO DIS. FROM CALENDAR, C 08-03845 RS

| | | |
|---|---|---|
| 1 | DATED: January 12, 2009 | FANDANGO, INC. |
| 2 | | |
| 3 | | By:  /s/ Stacey Olliff |
| | | Stacey Olliff |
| 4 | | Attorneys for Defendant Fandango, Inc. |
| 5 | | |
| | DATED: January 20, 2009 | HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP |
| 6 | | |
| 7 | | |
| | | By:  /s/ Stephen P. Ellingson |
| 8 | | Stephen P. Ellingson |
| | | Attorneys for Defendant STA Travel, Inc. |
| 9 | | |
| 10 | | |
| | DATED: January 20, 2009 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 11 | | |
| 12 | | By:  /s/ Kent R. Raygor |
| | | Kent R. Raygor |
| 13 | | Attorneys for Defendant Gamefly, Inc. |

**ATTESTATION CERTIFICATE**

I, Shawn Hanson, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: January 22, 2009    JONES DAY

By:  /s/ Shawn Hanson
Shawn Hanson
Attorneys for Defendant Hotwire, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January 22 , 2009    [signature]
The Honorable Richard Seeborg
Magistrate Judge of the United States
 District Court

SFI-601780v1