**\*E-FILED 1/22/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAN LANE, et al., | No. C 08-03845 RS |
|     Plaintiffs, | |
|         v. | **ORDER SETTING STATUS CONFERENCE** |
| FACEBOOK, INC., et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    IT IS HEREBY ORDERED that a Status Conference in the above entitled matter shall be held on **March 11, 2009 at 2:30 p.m.**, in Courtroom 4, 5th Floor, Federal Building, 280 S. First Street, San Jose, California.

DATED:    1/22/09

                      RICHARD SEEBORG
                      United States Magistrate Judge

ORDER SETTING STATUS CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Alan Himmelfarb    Consumerlaw1@earthlink.net

Emily Fawne Burns    burnsef@cooley.com, altieril@cooley.com

Melina Kaliope Patterson    mpatterson@cooley.com, rromine@cooley.com

Michael Graham Rhodes    rhodesmg@cooley.com

Shawn Hanson    shanson@jonesday.com, lfrancegorn@jonesday.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 1/22/09

                                     /s/ BAK
                                    Chambers of Magistrate Judge Richard Seeborg

ORDER SETTING STATUS CONFERENCE    2