David C. Parisi, Esq. (SBN 162248)
Suzanne Havens Beckman, Esq. (SBN 188814)
*dcparisi@parisihavens.com*
*shavens@parisihavens.com*
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for plaintiffs,
Individually, and on behalf of themselves and all
Others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SEAN LANE, et al. | Case No. C 08-03845 RS |
| Plaintiffs, | [Assigned to Hon. Richard Seeobrg] |
| v. | **NOTICE OF APPEARANCE FOR ATTORNEYS FOR PLAINTIFFS** |
| FACEBOOK, INC., et al. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please enter the appearance of David C. Parisi, Esq. and Suzanne Havens Beckman, Esq. on behalf of all plaintiffs in the above referenced action.  Service of all papers by U.S. Mail or electronically may be made as follows:

David C. Parisi, Esq.
*dcparisi@parisihavens.com*
Suzanne Havens Beckman
*shavens@parisihavens.com*
PARISI & HAVENS LLP
15233 Valleyheart Drive

1   Sherman Oaks, California  91403
    Telephone: (818) 990-1299
2   Facsimile: (818) 501-7852

3

4   Dated: August 21, 2009                 DAVID C. PARISI
                                           PARISI & HAVENS LLP
5

6                                          By:_____s/David C. Parisi_____
                                               Attorneys for Plaintiffs
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28