RECEIVED
AUG 21 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*E-Filed 8/21/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Sean Lane, et. al.,

        Plaintiff,

v.

Facebook, Inc., et. al.,

        Defendant.

CASE NO. C08-03845

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Scott A. Kamber, whose business address and telephone number is KamberEdelson, LLC, 11 Broadway, 22nd Floor, New York, NY 10004 212-920-3072

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Sean Lane, et. al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/21/09

*/s/ Richard Seeborg/*

RICHARD SEEBORG
United States Magistrate Judge