UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 1h4m

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __IRENE RODRIGUEZ__          DATE: __10/14/09__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__

CASE #: __C 08-03845 RS__

CASE TITLE: __SEAN LANE__          VS.   __FACEBOOK, ET AL__

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| SCOTT A. KAMBER | |
| **DAVID C. PARISI** | **MICHAEL RHODES for FACEBOOK** |
| JOSEPH H. MALLEY | |
| **Appearances for Intervenors** | **SHAWN HANSON for HOTWIRE** |
| **GEORGE AVERY OTSTOTT, JR, GEORGE** | |
| **A. OTSTOTT, SR., JEREMY WILSON** | **MICHAEL L. RAIFF for BLOCKBUSTER** |

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   { X } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }    { }    { }    1. __PRELIMINARY APPROVAL OF CLASS SETTLEMENT__
{ }    { }    { }    2. __FOR LIMITED INTERVENTION AND STAY__
{ }    { }    { }    3. _____
{ }    { }    { }    4. _____

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED     [ ] NOT SETTLED     [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

**[ ] BRIEFS TO BE FILED AS FOLLOWS:**

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: __THE MOTIONS ARE ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.__