1  George A. Otstott [Bar No. 184671]
   gotstott@bhplaw.com
2  Thomas J. Moses [Bar No. 116002]
   tmoses@bhplaw.com
3  BRYDON, HUGO & PARKER
   135 Main Street, 20th Floor
4  San Francisco, CA 94105
   Telephone: (415) 808-0300
5  Facsimile: (415) 808-0300
   Attorneys for Intervenors
6  CATHERINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY

7  Thomas M. Corea [Texas Bar No. 24037906]
   Jeremy R. Wilson [Texas Bar No. 24037722]
8  THE COREA FIRM, P.L.L.C.
   1201 Elm Street, Suite 4150
9  Dallas, TX 75270
   Telephone: (214)953-3900
10 Facsimile: (214)953-3901

11 George A. Otstott [Texas Bar No. 15342000]
   Ann Jamison [Texas Bar No. 00798278]
12 OTSTOTT & JAMISON, P.C.
   Two Energy Square
13 4849 Greenville Avenue, Suite 1620
   Dallas, TX 75206
14 Telephone: (214)522-9999
   Facsimile: (214)828-4388
15 Texas Counsel for Intervenors
   CATHERINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY
16

FILED
2009 NOV 19 P 1: 59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHANE LANE, et al., | Case No. 5:08-cv-03845-RS |
|---|---|
| Plaintiffs, | NOTICE OF APPEAL |
| v. | Assigned to the Hon. Richard Seeborg |
| FACEBOOK, et al., | Date: October 14, 2009 |
| Defendants. | Time: 9:30 a.m. |
| | Dept: 4 |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

NOTICE OF APPEAL

## NOTICE OF APPEAL

Notice is hereby given that Proposed Intervenors and Putative Class Members, CATHERINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order Denying Motion for Leave to Intervene (document 66) entered in this action on October 23, 2009, AND the Temporary Injunction contained in the Court's Order granting Preliminary Approval of the Settlement Agreement and Notice Order contained in the Court's Order (document 67) entered in this Court on October 23, 2009.

Respectfully submitted,

BRYDON, HUGO & PARKER

Dated: November 18, 2009      By: _____
George Otstott
Thomas J. Moses

THE COREA FIRM, P.L.L.C.
Thomas M. Corea
Jeremy R. Wilson

OTSTOTT & JAMISON, P.C.
George A. Otstott
Ann Jamison

Attorneys for Intervenors
CATHERINE HARRIS, MARIO HERRERA, and MARYAM HOSSEINY

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DECLARATION OF GEORGE A. OTSTOTT IN SUPPORT OF MOTION TO CHANGE TIME PURSUANT TO LOCAL RULE 6-3

<u>Harris, Catherine Elaine vs. Blockbuster, Inc., et al.</u>
United States District Court, Northern District of California Case No. 08-CV-3845RS

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

NOTICE OF APPEAL

on the following:

SEE ATTACHED SERVICE LIST

- ○ By transmitting electronically the document(s) listed above as set forth on the electronic service list on this date before 5:00 p.m.

- ○ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

- X By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- ○ By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.

- ○ By causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth above.

I declare under penalty of perjury that the above is true and correct. Executed on November 19, 2009, at San Francisco, California.

_____
Melanie Getting

1

PROOF OF SERVICE

*Harris, Catherine Elaine vs. Blockbuster, Inc., et al.*
United States District Court, Northern District of California Case No. 08-CV-3845RS

## SERVICE LIST

Maria Ostrovsky
Cooley Godward Kornish
The Prudential Tower
800 Boylston Street, 46th Floor
Boston, MA 02199
Fax: 617-967-2400

Emily Fawne Burns
Melina Kaliope Patterson
Michael Graham Rhodes
Cooley Godward Kronish
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Fax: 650-857-0663

Shawn Hanson
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Fax: 415-875-5700

Alan Himmelfarb
KamberEdelson
2757 Leonis Blvd
Vernon, CA 90058
Fax: 323-585-8696

Scott A Kamber
David A Sampley
KamberEdelson
11 Broadway, 22nd Floor
New York, NY 10004
Fax: 212-920-3072

Michael James Aschenbrener
KamberEdelson
350 N. LaSalle Street, Suite 1300
Chicago, IL 60654
Fax: 312-589-6378

Joseph H Malley
Law Office of Joseph H. Malley
1045 North Zang Boulevard
Dallas, TX 75208

Suzanne L. Havens Beckman
David Christopher Parisi
Parisi & Havens
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Fax: 818-501-7852

Jeremy R Wilson
The Corea Firm
1201 Elm Street, Suite 41050
Dallas, TX 75270

Thomas Mathew Corea
The Corea Firm
325 North St. Paul Street, Suite 4150
Dallas, TX 75201

Frank C Brame
Marc A. Fuller
Michael L Raiff
Vinson & Elkins
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Fax: 214-999-7881