Received
FILED

2009 DEC 11 P 3: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

Nichole Swafford
121 South Addison Road
Addison, IL 60101

December 8, 2009

Clerk of the United States District Court for the Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113

Dear Sir/Madam:

I would like to comment on the class action lawsuit that has been filed against Facebook:
Lane et al. v. Facebook, Inc. et al., Civil Action 5:08-CV-03845-RS
I do not work for Facebook, and have no affiliation with the organization other than my four year membership to the Facebook website. I am very opposed to the class action lawsuit (and have asked to be removed from the class) for several reasons:

1. Facebook provides an excellent free service to people all over the world.
2. All members are in control of exactly which types of information is released about them at all times.
3. Facebook has a corporate responsibility to remain solvent, which is increasingly challenging given the marketplace these days.
4. The Beacon program is nothing more than an innovative and creative marketing tool that allows more effective target marketing to consumers who may be interested in the same products and services as their friends.
5. All members have the opportunity to choose to not allow the Beacon program to post their actions on Facebook.
6. All members have the right to cancel their Facebook membership if they do not agree with the marketing package that Facebook offers its advertisers.
7. Given that each person has provided his or her consent to have the Beacon program announce their actions, I do not see how this can possibly be a legal matter at all.

Please consider dismissing this lawsuit as a frivolous suit against an ethical corporation that is thriving despite dismal economic times. Please allow Facebook to do business, within the construct of the law, as it sees fit, especially since it provides a free service to members who have the right to cancel their memberships at any time they choose.

Thank you,

Nichole Swafford

CC: Counsel for Defendants:
Cooley Godward Kronish LLP.
% Facebook Beacon Class Action Settlement
Attn: Michael Rhodes
4401 Eastgate Mall
San Diego, CA 92121