Clerk of the United States District Court for the Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113
12/9/2009

Received
~~FILED~~

2009 DEC 15 P 2: 54

Attn: *Lane et al. v. Facebook, Inc. et al.*, Civil Action No. 5:08-cv-03845-RS

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

Re: Facebook Beacon Application

To, THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

As a Facebook user since or before November 6th 2007, I consent to participate in the Class outlined by the Class Notice filed in the aforementioned case.

I furthermore submit the complaint to the Court that the re-design of the Facebook website contributed negatively to the overall window management capabilities of the site users. The site does not give users adequate ability to manage windows correctly on the right side of the site layout, and therefore contributed to users mistakenly ignoring Beacon notifications instead of choosing to "not consent".

The illustration here depicts the right side of a common page, with the advertising stream noted above, and the "notification" bar highlighted below.

Beacon apps appear in the same window style, and are ambiguous to manage, or close.

By allowing notification-style windows to accumulate on the user page, Beacon collected information that was ambiguous, if not impossible for the user to manage, or consent, or forfeit.



Signed,

Joseph Paul Ullman
160 Fairview Ave #133-110
Hudson NY 12534

12/9/2009