David C. Parisi, Esq. (SBN 162248)
Suzanne Havens Beckman, Esq. (SBN 188814)
*dcparisi@parisihavens.com*
*shavens@parisihavens.com*
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Scott A. Kamber, Esq. (admitted *pro hac vice*)
David A. Stampley, Esq. (admitted *pro hac vice*)
*skamber@kamberlaw.com*
*dstampley@kamberlaw.com*
KAMBERLAW, LLC
11 Broadway, 22nd Floor
New York, New York 10004
Telephone: 212.920.3072
Facsimile: 212.920.3081

Attorneys for plaintiffs,
Individually, and on behalf of themselves and all
Others similarly situated

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SEAN LANE, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>FACEBOOK, INC., *et al.*,<br>Defendants. | No. 08-cv-3845 RS<br><br>[Assigned to the Hon. Richard Seeborg]<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION FOR COUNSEL OF RECORD** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that Scott A. Kamber, counsel for plaintiffs, has changed his firm. The new firm name for Scott A. Kamber is KamberLaw, LLC and the address remains 11 Broadway, 22nd Floor, New York, NY 10004, Tel: (212) 920-3072, Fax: (212) 920-3081 and the email is now skamber@kamberlaw.com.

1

2   Dated: January 15, 2010                SCOTT A. KAMBER
                                           KAMBERLAW, LLC
3

4
                                           By:_____s/Scott A. Kamber_____
5                                              Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28