| | |
|---|---|
| 1 | David C. Parisi, Esq. (SBN 162248) |
| | Suzanne Havens Beckman, Esq. (SBN 188814) |
| 2 | *dcparisi@parisihavens.com* |
| | *shavens@parisihavens.com* |
| 3 | PARISI & HAVENS LLP |
| | 15233 Valleyheart Drive |
| 4 | Sherman Oaks, California  91403 |
| | Telephone: (818) 990-1299 |
| 5 | Facsimile: (818) 501-7852 |

Scott A. Kamber (*admitted pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (admitted *pro hac vice*)
dstampley@kamberlaw.com
KAMBERLaw, LLC
11 Broadway, 22nd Floor
New York, New York 10004
Telephone: 212.920.3072
Facsimile: 212.202.6364

Joseph H. Malley (*admitted pro hac vice*)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph.  (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SEAN LANE, *et al.*, | Case No.: 08-cv-3845 RS |
| | |
| Plaintiffs, | [Assigned to the Hon. Richard Seeborg] |
| v. | **MICHAEL ASCHENBRENER'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS; PROPOSED ORDER GRANTING MOTION TO WITHDRAW** |
| FACEBOOK, INC, *et al.*, | |
| Defendants. | Date:    March 3, 2010<br>Time:    9:30 a.m.<br>Judge:   Magistrate Judge Seeborg |

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Case No. 08-cv-3845 RS

# NOTICE OF MOTION

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on Wednesday, March 3, 2010, at 9:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Richard Seeborg, United States Magistrate Judge, Courtroom 4, 5th Floor, of the United States District Court for the Northern District of California, San Jose Division, 280 S. 1st Street, San Jose, California 95113, Michael Aschenbrener, Edelson McGuire, LLC, 350 N. LaSalle St., Ste. 1300, Chicago, IL 60654, shall and hereby does respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for Plaintiffs Sean Lane, Mohannaed Sheikha, Sean Martin, Ali Sammour, Mohammaed Zidan, Sara Karrow, Colby Henson, Denton Hunker, Firas Sheikha, Hassen Sheikha, Linda Stewart, Tina Tran, Matthew Smith, Erica Parnell, John Conway, Austin Muhs, Phillip Huerta, Alicia Hunker, and Megan Lynn Hancock, a minor, by and through her parent Rebecca Holey (collectively, "Plaintiffs").

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to LOCAL R. 11-5, Michael Aschenbrener ("Movant") hereby notifies the parties and the Court of his intent to withdraw as counsel for Plaintiffs. Movant states the following grounds for this notice and motion:

1. Movant has represented Plaintiffs as part of his employment at KamberEdelson, LLC ("KamberEdelson"). However, KamberEdelson, LLC has changed its name and no longer represents any clients in this case. Scott A. Kamber and David A. Stampley, formerly of KamberEdelson and now of the law firm KamberLaw, LLC, remain actively involved in representing Plaintiffs' in this matter. Joseph H. Malley, of the Law Office of Joseph H. Malley, also represents Plaintiffs, as do David C. Parisi and Suzanne Havens Beckman of Parisi & Havens, LLP.

2. Movant's withdrawal will not cause any prejudice or delay in this case. All parties have counsel active in their representation, who will not require any additional time to review or acclimate to the absence of Movant as counsel.

3. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument.

THEREFORE, Movant Michael Aschenbrener respectfully requests that this Court waive oral argument on this Motion, grant him leave to withdraw as counsel in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated: January 15, 2010                    Michael Aschenbrener

                                           By: s/Michael Aschenbrener

NOTICE OF MOTION AND MOTION TO                    2                    Case No. 08-cv-3845-RS
WITHDRAW AS COUNSEL FOR PLAINTIFFS

**PROOF OF SERVICE**

The undersigned certifies that, on January 15, 2010, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

s/ Michael Aschenbrener
Michael Aschenbrener

David C. Parisi, Esq. (SBN 162248)
Suzanne Havens Beckman, Esq. (SBN 188814)
*dcparisi@parisihavens.com*
*shavens@parisihavens.com*
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Scott A. Kamber (*admitted pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (admitted *pro hac vice*)
dstampley@kamberlaw.com
KAMBERLaw, LLC
11 Broadway, 22nd Floor
New York, New York 10004
Telephone: 212.920.3072
Facsimile: 212.202.6364

Joseph H. Malley (*admitted pro hac vice*)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph.  (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SEAN LANE, *et al*., individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., *et al*.,<br><br>Defendants. | Case No.: 08-cv-3845 RS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**<br><br>Date:     March 3, 2010<br>Time:    9:30 a.m.<br>Judge:   The Hon. Richard Seeborg |

[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL FOR PLAINTIFFS

Case No. 08-cv-3845-RS

1  Michael Aschenbrener seeks to withdraw as counsel for Plaintiffs in the above-captioned
2  litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-700(A)(1).  As this Court
3  finds that Mr. Aschenbrener has submitted satisfactory reasoning for withdrawal, and that the
4  granting of his Motion will not cause substantial prejudice or delay to any party,
5  IT IS HEREBY ORDERED that Michael Aschenbrener's Motion to Withdraw as Counsel
6  for Plaintiffs is GRANTED, and Michael Aschenbrener is hereby terminated as counsel in this
7  proceeding.

DATED: _____     By: _____
                                     Hon. Richard Seeborg
                                     United States District Court

[PROPOSED] ORDER GRANTING MOTION TO          1                    Case No. 08-cv-3845-RS
WITHDRAW AS COUNSEL FOR PLAINTIFFS