*E-Filed 01/21/2010*

David C. Parisi, Esq. (SBN 162248)
Suzanne Havens Beckman, Esq. (SBN 188814)
*dcparisi@parisihavens.com*
*shavens@parisihavens.com*
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Scott A. Kamber (*admitted pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (admitted *pro hac vice*)
dstampley@kamberlaw.com
KAMBERLaw, LLC
11 Broadway, 22nd Floor
New York, New York 10004
Telephone: 212.920.3072
Facsimile: 212.202.6364

Joseph H. Malley (*admitted pro hac vice*)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph.  (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SEAN LANE, *et al*., individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., *et al*.,<br><br>Defendants. | Case No.: 08-cv-3845 RS<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS<br><br>Date:  ~~March 3, 2010~~<br>Time:  ~~9:30 a.m.~~<br>Judge:  The Hon. Richard Seeborg |

[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Case No. 08-cv-3845-RS

1  Michael Aschenbrener seeks to withdraw as counsel for Plaintiffs in the above-captioned
2  litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-700(A)(1). As this Court
3  finds that Mr. Aschenbrener has submitted satisfactory reasoning for withdrawal, and that the
4  granting of his Motion will not cause substantial prejudice or delay to any party, pursuant to L.R. 7-11,
5  IT IS HEREBY ORDERED that Michael Aschenbrener's Motion to Withdraw as Counsel
6  for Plaintiffs is GRANTED, and Michael Aschenbrener is hereby terminated as counsel in this
7  proceeding.

DATED: 01/21/2010          By: _____
                                Hon. Richard Seeborg
                                United States District Court

[PROPOSED] ORDER GRANTING MOTION TO          1          Case No. 08-cv-3845-RS
WITHDRAW AS COUNSEL FOR PLAINTIFFS