Statement for

LANE et al v. FACEBOOK Inc. et al

Civil Action No. 5:08-cv-03845-RS

RAVIN PIERRE
PO Box 24001
SEATTLE, WA 98124

ravin.r.pierre@gmail.com

10 JAN 2010

I was strongly dissapointed to learn the discreet intentions and plans FACEBOOK had with BEACON. If account members are being used to endorse products, wouldn't an explicit contract be required, for both parties to acknowledge? A credit card company could not behave like that.

Ravin Pierre

RECEIVED 2010 JAN 21 P 3:05 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT N.D. CA. SAN JOSE

*Lane et al. v. Facebook, Inc. et al.*

## Can You Comment In Support Of Or In Opposition To The Settlement?

If you decide to remain in the Class (*i.e.*, you do not opt out), and you wish to comment in support of or in opposition to the Settlement or Class Counsel's Fee Application, you may do so by mailing or delivering (email is not permitted) your written comments to the Court and the Parties' Counsel.

Your written comments must contain your name and address, be signed by you, and include the reference "*Lane et al. v. Facebook, Inc. et al.*, Civil Action No. 5:08-cv-03845-RS". Your original, signed comments must be filed with the Court no later than February 1, 2010, at the following address:

   Clerk of the United States District Court for the Northern District of California
   San Jose Division
   280 South 1st Street
   San Jose, CA 95113

You must also mail or deliver copies of such objections, papers, and briefs, such that they are received no later than February 6, 2010, to the Parties' counsel at the following addresses.

   Counsel for Plaintiffs:
   KamberEdelson, LLC
   Attn: Scott Kamber
   11 Broadway, 22nd Floor
   New York, NY 10004

   Counsel for Defendants:
   Cooley Godward Kronish LLP
   % Facebook Beacon Class Action Settlement
   Attn: Michael Rhodes
   4401 Eastgate Mall
   San Diego, CA 92121

Objecting is simply telling the Court that you do not like the Settlement or any aspect of the Settlement. You can object only if you are a member of, and do not exclude yourself from, the Settlement Class. If you do not comply with these procedures and deadlines for submitting written comments or appearing at the hearing, you will not be entitled to object, speak at the hearing, you will not be entitled to contest in any way the Settlement or the Court's decision on the Fee Application, and you will not be able to contest any other orders or judgments that the Court may enter in connection with the Settlement.

If you would like to contact one of the Plaintiffs' attorneys for more information, please send an email to beacon@kamberlaw.com. If you are a member of the Settlement Class, there will be no cost to you for the attorney's services related to this Settlement.

For additional information on another topic, close this window and select another topic from the list.