MARK A. CHAVEZ (California Bar No. 90858)
mark@chavezgertler.com
**Chavez & Gertler, LLP**
42 Miller Ave.
Mill Valley, CA 94941
Telephone: (415) 381-5599

PHILIP S. FRIEDMAN (California Bar No. 131521)
psf@consumerlawhelp.com
**Friedman Law Offices, PLLC**
2401 Pennsylvania Avenue, NW
Suite 410
Washington, DC 20037
Telephone: (202) 293-4175

GREGORY A. BECK (to be admitted *Pro Hac Vice*)
gbeck@citizen.org
**Public Citizen Litigation Group**
1600 20th St. NW
Washington, DC 20009
Telephone: (202) 588-7713

Attorneys for Objector Ginger McCall

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SEAN LANE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., et al, <br><br> Defendants. | Case No. 5:08-cv-03845-RS <br> Judge Richard Seeborg <br><br> **DECLARATION OF CLASS MEMBER GINGER MCCALL** <br><br> Hearing Date: February 26, 2010 <br> Time: 9:30 a.m. <br> Courtroom: Courtroom 4, 5th Floor <br> 280 South First Street <br> San Jose, CA 95113 |

## DECLARATION OF CLASS MEMBER GINGER MCCALL

1. My name is Ginger McCall, and I am an adult resident of the State of Maryland.

2. I was a Facebook user between November 6, 2007, and January 2010.

3. I was a Blockbuster customer, sharing a joint account with Gary Lupyan, between November 6, 2007, and April 2008.

4. As defined in the *Lane v. Facebook* proposed settlement, I engaged in at least one activity on a website operated by a company that had an agreement with Facebook with respect to the Beacon functionality (a "Beacon Triggering Event").

5. My activities triggered Beacon at least once.

6. Prior to December 3, 2007, I experienced Beacon Triggering Events generated by activity on Blockbuster.com.

7. These Beacon Triggering Events disclosed my video rental transactions to third parties, including Facebook and Facebook users.

8. I did not, at any time, opt-in to Beacon.

9. I did not, at any time, consent to Blockbuster's or Facebook's disclosure of my video rental transactions.

10. After learning of the pre-December 2007 disclosures, I attempted to disable Beacon, and believed that I was successful.

11. On or about January 3, 2008, I experienced a Beacon Triggering Event generated by activity on Blockbuster.com.

12. This Beacon Triggering Event disclosed my video rental transaction concerning the film *Untraceable* to third parties, including Facebook and Facebook users.

13. On January 3, 2008, I was notified by another Facebook user that Blockbuster and Facebook continued to disclose my video rental transactions to third parties. *See* Exhibit 1, attached hereto.

14. On or about February 5, 2008, I experienced another Beacon Triggering Event generated by activity on Blockbuster.com.

15. This Beacon Triggering Event disclosed my video rental transaction concerning the DVD *X-Files, Season 5* to third parties, including Facebook and Facebook users.

16. On February 5, 2008, I was notified by yet another Facebook user that Blockbuster and Facebook continued to disclose my video rental transactions to third parties. *See* Exhibit 2, attached hereto.

1   Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing
2   is true and correct. Executed on January 29, 2010.

*[signature]*

Ginger McCall

# Exhibit 1

---

Gmail - Re: Gary Borodkin sent you a message on Facebook...          https://mail.google.com/mail/?ui=2&ik=69a67fb4ff&view=pt...

## Gmail                                                           Ginger M <██████████>

## Re: Gary Borodkin sent you a message on Facebook...
3 messages

---

**Gary Lupyan** <██████████>                                       Thu, Jan 3, 2008 at 12:06 PM
To: Gary Borodkin <██████████>
Cc: Ginger McCall <██████████>

Yes, this is an evil evil thing that Facebook has added... It's called Beacon. You can disable it by going into the privacy settings.

Facebook wrote:
> Gary sent you a message
>
> --------------------
> Subject: blockbuster
>
> I got a message that gary added untraceable to his queue in blockbuster
>
> wtf?
>
> did you allow it to connect your blockbuster to facebook? isnt that risky. what if you add some porno or something? then everyone will know that you watched it. its giving facebook too much power methinks
> --------------------
>
> To reply to this message, follow the link below:
> http://cornell.facebook.com/n/?inbox/readmessage.php&t=19829746864
>
> ___
> Want to control which emails you receive from Facebook? Go to: http://www.facebook.com/editaccount.php?notifications

---

**Gary Borodkin** <██████████>                                     Thu, Jan 3, 2008 at 12:17 PM
To: Gary Lupyan <██████████>
Cc: Ginger McCall <██████████>

so what are you telling me, that facebook goes to blockbuster and pokes around and sees if your email is there and if yes then what? does it attempt to log in to the site using the facebook password that you gave it? how exactly does beacon work?

[Quoted text hidden]

---

**Gary Lupyan** <██████████>                                       Thu, Jan 3, 2008 at 12:22 PM
To: Gary Borodkin <██████████>
Cc: Ginger McCall <██████████>

1 of 2                                                                                            1/14/10 4:53 PM

---

-1-

Gmail - Re: Gary Borodkin sent you a message on Facebook...          https://mail.google.com/mail/?ui=2&ik=69a67b41f&view=pt...

No, Blockbuster paid Facebook as part of an advertising campaign, for facebook to advertise facebook users' blockbuster rentals to their friends. So blockbuster is giving YOUR info to facebook. IT's messed up. A few days after they introduced the program, they received hundreds of thousands of complaints and responded by changing it so that you opt-in to the program, so as of now it's not supposed to advertise it to your facebook friends.

Gary Borodkin wrote
   so what are you telling me, that facebook goes to blockbuster and pokes around and sees if your email is there and if yes then what? does it attemp to log in to the site using the facebook password that you gave it? how exactly does beacon work?

On 1/3/08, "Gary Lupyan" ████████ <mail███████████> wrote

   Yes, this is an evil evil thing that Facebook has added. It's called
   Beacon. You can disable it by going into the privacy settings

Facebook wrote:
> Gary sent you a message
>
> ..................
> Subject: blockbuster
>
> I got a message that gary added untraceable to his queue in
blockbuster
>
> wtf?
>
> did you allow it to connect your blockbuster to facebook? isnt
that risky what if you add some porno or something? then everyone
will know that you watched it. its giving facebook too much power
methinks
> .....................
>
> To reply to this message, follow the link below:
>
http://cornell.facebook.com/n/?inbox/readmessage.php&t=19829746864
<http://cornell.facebook.com/n/?inbox/readmessage.php&t=19829746864>
>
> ___
> Want to control which emails you receive from Facebook? Go to:
http://www.facebook.com/editaccount.php?notifications
>
>

2 of 2                                                                                      1/14/10 4:53 PM

-2-

DECLARATION OF CLASS MEMBER GINGER MCCALL
Case No. 5:08-cv-03845-RS

# Exhibit 2

---

Gmail - Chris Ortiz wrote on your Wall...    https://mail.google.com/mail/?ui=2&ik=69a67fb41f&view=pt...

## Gmail

Ginger M [redacted]

### Chris Ortiz wrote on your Wall...
1 message

Facebook <wallmaster+flcor=ve@facebookmail.com>    Tue, Feb 5, 2008 at 1:29 PM
Reply-To: noreply <noreply@facebookmail.com>
To: Ginger McCall [redacted]

Chris wrote on your Wall:

"I see that you have added the X-Files Season 5 to your Blockbuster queve..."

To see your wall or to write on Chris's Wall, follow the link below:
http://cornell.facebook.com/n/?profile.php&id=14201537#wall

Thanks,
The Facebook Team

---

Want to control which emails you receive from Facebook? Go to
http://www.facebook.com/editaccount.php?notifications&mid=d2FsbDImcm9tPTI3NiA3NiUw

1 of 1    1/14/10 4:52 PM