1  David N. Lake, Esq., State Bar No. 180775
   **LAW OFFICES OF DAVID N. LAKE,**
2   **A Professional Corporation**
   16130 Ventura Boulevard, Suite 650
3  Encino, California 91436
   Telephone: (818) 788-5100
4  Facsimile: (818) 788-5199
   david@lakelawpc.com
5

6  Attorneys for Plaintiffs

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

11 ERIC MARKOWITZ, FRANK                     **CASE NO.:  C10-CV-00430 JF**
   BLUMENTHAL, LAUREN REESE
12 and BILLY STERN, on behalf of
   themselves and all others similarly
13 situated,

14          Plaintiffs,

15     v.

16 FACEBOOK, INC., a Delaware
   corporation,
17
            Defendant.
18
19 DONALD SILVERSTRI, DAWN                   **CASE NO.:  C10-CV-00429 JF**
   KEER, KIMBERLY MANCELLA,
20 JILL SILVERMAN STRELZIN, and
   CHRISTOPHER LEMOLE, on behalf             **[PROPOSED] ORDER GRANTING**
21 of themselves and all others similarly    ***AMENDED* ADMINISTRATIVE**
   situated,                                 **MOTION TO CONSIDER**
22                                           **WHETHER CASES SHOULD BE**
            Plaintiffs,                      **RELATED**
23
       v.
24
   FACEBOOK, INC., a Delaware                **[LOCAL RULES 3-12 & 7-11]**
25 corporation,

26          Defendant.

27

28

                                    Order

Upon the *Amended* Administrative Motion to Consider Whether Cases Should be Related filed pursuant to Local Rule 3-12 by Plaintiffs in the above-captioned matters, and having considered any opposition thereto, the Court finds as follows:

1) As defined by Civil Local Rule 3-12, the above-captioned matters, Case Nos. C10-CV-00430 JF and C10-CV-00429 JF, are related to <u>Lane, et al. v. Facebook, et al.</u>, Case No. C08-CV-3845; and

2) Case Nos. C10-CV-00430 JF and C10-CV-00429 JF are hereby assigned to the docket of the Honorable Richard Seeborg.

**IT IS SO ORDERED.**

Date:_____        _____
                                  The Honorable Richard Seeborg,
                                  Judge of the United States District Court

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 16130 Ventura Boulevard, Suite 650, Encino, CA 91436. On February 9, 2010, I served the within document(s) described as: **[PROPOSED] ORDER GRANTING *AMENDED* ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** on the interested parties in this action as stated on the attached mailing list:

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

[ ] (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

Alan Himmelfarb, Esq.
KamberEdelson, LLC
2757 Leonis Blvd
Vernon, CA 90058-2304
(Counsel for Plaintiffs in Lane v. Facebook, Case
No. C08-CV-03845 RS)

[ ] (BY PERSONAL DELIVERY) By providing a true and correct copy of the foregoing document(s) in a sealed envelope to each of the addressees listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 9, 2010, at Encino, California.

| David N. Lake | /s/ |
|---|---|
| (Type or print name) | (Signature) |