Scott A. Kamber (admitted *pro hac vice*)
David A. Stampley (admitted *pro hac vice*)
skamber@kamberlaw.com
dstampley@kamberlaw.com
KamberLaw, LLC
11 Broadway, 22nd Floor
New York, New York 10004
Telephone: (212) 920-3072
Facsimile: (212) 920-3081

David C. Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
dcparisi@parisihavens.com
shavens@parisihavens.com
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiffs, individually, and on behalf of themselves and all others similarly situated

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SEAN LANE, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> FACEBOOK, INC., *et al.*, <br> Defendants. | No. 08-cv-3845 RS <br><br> [Assigned to the Hon. Richard Seeborg] <br><br> **PRELIMINARY DECLARATION OF DANIEL ROSENTHAL REGARDING NOTICE ADMINISTRATION** |

DANIEL ROSENTHAL declares and states as follows:

1. I am the owner of Rosenthal & Company LLC ("Rosenthal"), a well established class action settlement administrator. Rosenthal is located at 75 Rowland Way, Suite 250, Novato, California. Since our founding in 2000, Rosenthal has administered more than 950 class action settlements and notice procedures and is experienced in the notice and opt-out process

typically ordered by courts for settlements involving consumer products and services. The following statements are based on my personal knowledge, and information provided by other Rosenthal employees working under my supervision or information provided by employees of Defendant Facebook of the type that I routinely rely upon in the course and scope of the discharge of my company's duties and responsibilities as a Class Action Administrator, and if called to do so, I could and would testify competently thereto. I am over the age of 18 and competent to testify.

2. Rosenthal was engaged by the parties to serve as the Class Action Administrator to administer the settlement and assist with respect to notice issues in accordance with the terms of the parties Stipulation and Agreement of Settlement ("Stipulation of Settlement") and the Court's Preliminary Approval and Notice Order ("Preliminary Approval Order"). The purpose of this Declaration is to report on the program of notice dissemination in accordance with the Stipulation of Settlement and Preliminary Approval Order, report on timely and potentially valid requests for exclusion received and to report on the notice administration process.

### Notice Dissemination

3. As agreed to in the Preliminary Approval Order and subsequent Stipulation, Electronic Notice was to be provided via an internal Facebook message in the "Updates" Section on Facebook, as well as via email to the Class Members' email addresses on file with Facebook. Defendant Facebook, Inc. has represented to me that they believe they have identified all class members, totaling 3,663,651 individuals, which they accomplished by querying their databases to identify members whose Facebook actions included Beacon execution during the class period.

4. It is my understanding based on my discussions with Facebook that Facebook caused the notice to be disseminated as follows: Commencing on December 1, 2009 and continuing through December 3, 2009, Facebook posted an Electronic Notice on its "Updates" Section as provided for in the Stipulation of Settlement. On December 9, 2009, in the course of double-checking the notice process, Facebook identified a subset of 500,000 class members who did

not receive the initial Electronic Notice in their Updates Section. This was corrected and these additional notices were sent out on or before December 18, 2009.

5. Commencing on December 3, 2009 and completing on December 8, 2009, Facebook caused the Email Notice to be sent by email to each potential Settlement Class Member at each potential Settlement Class Member's last known email address on file with Facebook, Inc., to the extent that such email address was available. The Email and Electronic Notices directed Settlement Class Members to the Settlement Website (www.BeaconClassSettlement.com) (see Paragraph 7 below regarding the content of the Settlement Website). A true and correct copy of the Email Notice is attached hereto as Exhibit A, and a true and correct copy of the electronic notice is attached hereto as Exhibit B.

**Publication Notice**

6. Pursuant to Stipulation of Settlement and the Preliminary Approval Order, Rosenthal caused notification of the proposed Settlement ("Publication Notice") to be published in one daily issue of the national edition of USA Today during the Notice Period. A true and correct copy of the Publication Notice is attached hereto as Exhibit C.

**Website**

7. On or before November 25, 2009, Rosenthal established an Internet website found at www.BeaconClassSettlement.com. The website address was set forth in the Publication Notice and in the Email Notice and has been accessible 24 hours a day, 7 days a week throughout the notice administration period. This website includes general information about the Settlement, case deadlines, answers to frequently asked questions, and the identity of Settlement Class Counsel. The website also includes downloadable copies of the Class Notice, Notice of Motion, Settlement Agreement, and Preliminary Approval Order. As of January 19, 2010, the website had been accessed 328,538 times, representing almost ten percent of the class.

**Requests for Exclusion**

8. Pursuant to the Preliminary Approval Order, and as stated in the settlement documents available to potential Class Members, the last day for Settlement Class Members to request

1  exclusion from the Settlement Class is February 1, 2010. All requests for exclusion were to be
2  postmarked and mailed to Rosenthal by that date. As of February 9, 2010, Rosenthal has
3  received 108 timely and potentially valid requests for exclusion, of which three were unsigned.
4  Rosenthal had also received one request for exclusion postmarked after February 1, 2010.

**Objections or Comments**

9. Pursuant to the Preliminary Approval Order and as stated in the settlement documents available to potential Class Members, the last day to submit written objections to the proposed Settlement is February 1, 2010. As of February 9, 2010, Rosenthal had received no comments about the proposed settlement and no objections to the proposed Settlement.

**Documents Regarding Formation of Foundation**

10. On January 22, 2010, I was provided a copy of the Articles of Incorporation, Bylaws, Board Consent and Form Indemnification by Counsel. These documents provide Class Members with important information about the proposed foundation. A copy of these documents was added to the settlement website (www.BeaconClassSettlement.com) on January 25, 2010 in the Court Documents Section and has been available 24 hours a day, 7 days a week since that time. A true and accurate copy of these documents is attached hereto as Exhibit D.

I declare under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: February 9, 2010

*/s/ Daniel Rosenthal*
Daniel Rosenthal

Declaration of Daniel Rosenthal          4          Case No. 08-cv-3845 RS