Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (*pro hac vice*)
dstampley@kamberlaw.com
KamberLaw, LLC
11 Broadway, 22nd Floor.
New York, NY. 10004
Telephone:  (212) 920-3072
Facsimile:   (212) 202-6364

David Parisi (SBN 162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, California   91403
Telephone:  (818) 990-1299
Facsimile:   (818) 501-7852

Attorneys for Plaintiffs
(Additional attorneys listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SEAN LANE, *et al.*,<br><br>            Plaintiffs<br><br>v.<br><br>FACEBOOK, INC., *et al.*,<br><br>            Defendants. | **No. C 08-3845 RS**<br><br>[Assigned to the Hon. Richard Seeborg]<br><br>**PLAINTIFFS' <u>AMENDED</u> NOTICE OF MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>Judge:      The Hon. Richard Seeborg<br>Date:       February 26, 2010<br>Time:       9:30 a.m.<br>Location:  Courtroom 4, Fifth Floor<br>               280 South First Street<br>               San Jose, California 95113 |

1 **AMENDED NOTICE OF MOTION**

2 NOTICE IS HEREBY GIVEN that Plaintiffs will move the Court, pursuant to Federal
3 Rule of Civil Procedure 23(e), for an award of attorneys' fees and expenses on February 26, 2010,
4 at 9:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at
5 280 South First Street, San Jose, California 95113, in Courtroom 4, Fifth Floor, before the Hon-
6 orable Richard Seeborg.

7 This Motion is based on this Notice of Motion; the brief previously filed, Dkt. 103, the
8 authorities cited therein, the exhibits filed therewith; oral argument of counsel; and any other
9 matter that may be submitted at the hearing.

10 Plaintiffs filed this Amended Notice of Motion because the original Notice, Dkt. 103,
11 identified the Courtroom as 8, rather than Courtroom 4.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: February 11, 2010 | KAMBERLAW, LLC |
| 2 | | THE LAW OFFICE OF JOSEPH H. MALLEY |
| | | PARISI & HAVENS LLP |

By:  s/Scott A. Kamber
      SCOTT A. KAMBER
      One of the Attorneys for Plaintiffs, individually and on behalf of a Class of similarly situated individuals

Scott A. Kamber
*skamber@kamberlaw.com*
David A. Stampley
*dstampley@kamberlaw.com*
KamberLaw, LLC
11 Broadway, 22nd Floor.
New York, NY. 10004
Telephone:  (212) 920-3072
Facsimile:   (212) 202-6364

Joseph H. Malley
*malleylaw@gmail.com*
Law Office of Joseph H. Malley
1045 North Zang Blvd
Dallas, TX   75208
Telephone:  (214) 943-6100
Facsimile:   (214) 943-6170

Co-Lead Counsel for the Class

David Parisi (SBN 162248)
*dparisi@parisihavens.com*
Suzanne Havens Beckman (SBN 188814)
*shavens@parisihavens.com*
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, California   91403
Telephone:  (818) 990-1299
Facsimile:   (818) 501-7852
Counsel for Plaintiffs