1  Scott A. Kamber
   *skamber@kamberlaw.com*
2  David A. Stampley
   *dstampley@kamberlaw.com*
3  KamberLaw, LLC
4  11 Broadway, 22nd Floor.
   New York, NY. 10004
5  Telephone:  (212) 920-3072
   Facsimile:   (212) 202-6364
6
7  David C. Parisi (SBN162248)
   *dparisi@parisihavens.com*
8  Suzanne Havens Beckman (SBN 188814)
   *shavens@parisihavens.com*
9  Parisi & Havens LLP
10 15233 Valleyheart Drive
   Sherman Oaks, California 91403
11 Telephone:  (818) 990-1299
   Facsimile:   (818) 501-7852
12
   Attorneys for Plaintiffs
13 (Additional attorneys listed on signature page)

14
**UNITED STATES DISTRICT COURT**
15
**NORTHERN DISTRICT OF CALIFORNIA**
16
**SAN JOSE DIVISION**
17

18  SEAN LANE, *et al.*,                    **No. C 08-3845 RS**

19           Plaintiffs                    [Assigned to the Hon. Richard Seeborg]

20  v.                                     **PLAINTIFFS' <u>AMENDED</u> NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**
21

22  FACEBOOK, INC., *et al.*,              Judge:     The Hon. Richard Seeborg
                                           Date:      February 26, 2010
23           Defendants.                   Time:      9:30 a.m.
                                           Location:  Courtroom 4, Fifth Floor
24                                                    280 South First Street
                                                      San Jose, California 95113
25

26

27

28

Plaintiffs' Amended Notice of Motion for                                    No. C 08-3845 RS
Final Approval

## **AMENDED** NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that Plaintiffs will move the Court, pursuant to Federal Rule of Civil Procedure 23(e), to grant final approval of a proposed settlement in this consumer class action on February 26, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 280 South First Street, San Jose, California 95113, in Courtroom 4, Fifth Floor, before the Honorable Richard Seeborg.

Plaintiffs seek final approval of this class action settlement as fair, reasonable and adequate. This Motion is based on this Notice of Motion; the brief previously filed, Dkt. 108, the authorities cited therein, the exhibits filed therewith; oral argument of counsel; and any other matter that may be submitted at the hearing.

Plaintiffs file this Amended Notice of Motion because the original Notice, Dkt. 108, identified the Courtroom as 8, rather than Courtroom 4.

Dated: February 11, 2010

KAMBERLAW, LLC
THE LAW OFFICE OF JOSEPH H. MALLEY
PARISI & HAVENS LLP

By: s/Scott A. Kamber
SCOTT A. KAMBER
One of the Attorneys for Plaintiffs, individually and on behalf of a Class of similarly situated individuals