Reset Form

RECEIVED
2010 MAR 11 A 10:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Sean Lane, et al.,

Plaintiff(s),

v.

Facebook, Inc., et al.,

Defendant(s).

CASE NO. 5:08-cv-03845-RS

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Gregory A. Beck , an active member in good standing of the bar of the District of Columbia
(particular court to which applicant is admitted) whose business address and telephone number
is Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009
(202) 588-7713
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Objector Ginger McCall.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States District Judge