*E-Filed 03/17/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAN LANE, *et al.*, | No. C 08-3845 RS |
| Plaintiffs | **ORDER FOR FURTHER EVIDENTIARY SUBMISSION** |
| v. | |
| FACEBOOK, INC., *et al.*, | |
| Defendants. | |

    Plaintiffs have moved for an award of attorney fees herein.  By declaration, plaintiffs have established the total number of hours each attorney incurred in pursuing this action. Plaintiffs have also described in the most general terms the overall nature of the work counsel performed in this matter, both before and after the complaint was filed.  Calculation of a lodestar requires the Court to determine the number of hours "reasonably expended" on the litigation. *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983).  The present record is insufficient to permit such an analysis.

    Accordingly, within ten days of the date of this order plaintiffs shall submit additional declarations and/or copies of billing records sufficiently detailed to permit an evaluation of the reasonableness of the time expended by each attorney on the tasks performed.  No further

1  submissions need be made with respect to counsel for plaintiffs in the *Harris* action.

2

3  **IT IS SO ORDERED**.

4

5  Dated: 03/17/2010              _____
                                   RICHARD SEEBORG
6                                  UNITED STATES DISTRICT JUDGE