1

2   *E-Filed 5/27/10*

3

4

5

6

7

8   **UNITED STATES DISTRICT COURT**

9   **NORTHERN DISTRICT OF CALIFORNIA**

10   **SAN JOSE DIVISION**

11   SEAN LANE, *et al.*,

12               Plaintiffs           **No. C 08-3845 RS**

13         v.                          [Assigned to the Hon. Richard Seeborg]

14   FACEBOOK, INC., *et al.*,         **[PROPOSED] FINAL JUDGMENT AND**
                                       **ORDER OF DISMISSAL**
15               Defendants.

16         Pursuant to this Court's Findings of Fact, Conclusions of Law, and Order Approving

17   Settlement of March 17, 2010 (the "Final Approval Order") and Order re Attorneys' Fees of May

18   24, 2010 (the "Attorneys' Fees Order"), which are incorporated herein by reference,

19   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

20         A.      This Judgment incorporates by reference the definitions of the Settlement Agree-

21   ment dated as of September 17, 2009 (the "Settlement Agreement"), and all defined terms used

22   herein shall have the same meanings as set forth in the Settlement Agreement.

23         B.      Pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay

24   and final judgment is entered as to all defendants in the Litigation.

25         C.      Pursuant to Federal Rule of Civil Procedure 23, this Court hereby affirms its

26   findings and conclusions, set forth in the Preliminary Approval and Notice Order as well as its

27   Final Approval Order that, for purposes of the Settlement Agreement and Settlement, this Class

28   meets the prerequisites for maintenance of a class action under Rule 23. The Court hereby makes

1   final its previously conditional certification of the Class.

2      D.     The Court finds that, during the course of the Litigation, the Parties and their

3   respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure

4   11 and that the Settlement Agreement is the product of good-faith negotiations.

5      E.     This Court, having approved the Settlement, having found the Settlement to be fair,

6   reasonable, and adequate in all respects for the Class pursuant to Federal Rule of Civil Procedure

7   23(e), having found the Settlement Agreement and the Settlement to be fair, reasonable, and

8   adequate as to the Parties, and granting final approval of the Settlement Agreement and the Settle-

9   ment in all respects, hereby directs the Parties to perform the terms of the Settlement Agreement.

10     F.     As to all Protected Persons, this Court hereby dismisses the Litigation in its entirety

11  with prejudice and without costs (except as otherwise expressly provided in the Settlement

12  Agreement and by other order of the Court).

13     G.     Notwithstanding the foregoing, this Judgment does not dismiss any of the individual

14  claims asserted by any persons or entities, identified in Exhibit A to the Court's Final Approval

15  Order (Dkt. No. 123, p. 12), who validly and timely requested exclusion from the Settlement Class

16  as provided for in the Preliminary Approval and Notice Order, and persons so identified shall not

17  share in the benefits of the Settlement. In addition, this Final Judgment does not affect their legal

18  rights to pursue any claims they may have against Defendants. With regard to all other members of

19  the Class, such Class Members are hereinafter barred and permanently enjoined from prosecuting

20  further the Released Claims against Protected Persons.

21     H.     As set forth in paragraphs 5.1–5.4 of the Settlement Agreement, upon the Effective

22  Date, the Representative Plaintiffs and each and every one of the Class Members shall be deemed

23  to have and by operation of this Judgment shall have fully, finally, and forever released,

24  relinquished, and discharged the Protected Persons from all Released Claims.

25     I.     Neither Class Counsel's application for attorneys' fees and reimbursement of

26  expenses nor any order entered by this Court thereon, including the Attorneys' Fees Order, shall in

27  any way disturb or affect this Judgment, and all such matters shall be construed separately from

28  this Judgment. Notwithstanding the dismissal of the Litigation, there shall be no claims or awards

[Proposed] Final Judgment                     2                    Case No. 5:08-cv-03845-RS
and Order of Dismissal

1   of any costs, attorneys' fees, or expenses to be paid by Class Counsel or from the Settlement Fund

2   except as expressly set forth in the orders of this Court.

3       J.      Neither the Settlement Agreement nor the Settlement nor any act performed or

4   document executed pursuant to or in furtherance of the Settlement Agreement or the Settlement:

5   (i) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any

6   Released Claims, of any wrongdoing or liability of Protected Persons, or a finding or evidence that

7   any claims that either were brought or could have been brought in the Litigation are appropriate for

8   class treatment or that any requirement for class certification is or could otherwise be satisfied; or

9   (ii) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or

10  omission of Protected Persons in any civil, criminal, or administrative proceeding in any court,

11  administrative agency, or other tribunal.

12      K.      Protected Persons may file this Judgment and/or the Settlement Agreement from

13  this action in any other action that may be brought against them in order to support a defense or

14  counterclaim based on principles of res judicata, collateral estoppel, release, good-faith settlement,

15  judgment bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense

16  or counterclaim. Protected Persons may rely on this Judgment and/or the Settlement Agreement

17  from this action to seek a dismissal of any claim brought against Facebook or any of the Protected

18  Persons, in any court whatsoever, which derives from the Released Claims.

19      L.      Without affecting the finality of this Judgment in any way, this Court hereby retains

20  continuing jurisdiction over (i) implementation of the Settlement; (ii) distribution or disposition of

21  the Settlement Fund; (iii) further proceedings, if necessary, on applications for attorneys' fees,

22  expenses, and costs in connection with the Litigation and the Settlement; and (d) the Parties for the

23  purpose of construing, enforcing, and administering the Settlement Agreement.

24

25  **IT IS SO ORDERED.**

26  Dated: ___May 27, 2010___

27

28  _____
    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE