MARK A. CHAVEZ (California Bar No. 90858)
**Chavez & Gertler LLP**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Email: mark@chavezgertler.com

PHILIP S. FRIEDMAN (California Bar No. 131521)
**Friedman Law Offices, PLLC**
2401 Pennsylvania Avenue NW, Suite 410
Washington, DC 20037
Telephone: (202) 293-4175
Email: psf@consumerlawhelp.com

GREGORY A. BECK (pro hac vice)
**Public Citizen Litigation Group**
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-7713
Email: gbeck@citizen.org

Attorneys for class member and objector Ginger McCall

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SEAN LANE, et al., | Case No. 5:08-cv-03845-RS |
| Plaintiffs, | Judge Richard Seeborg |
| v. | **REPRESENTATION STATEMENT** |
| FACEBOOK, INC., et al, | |
| Defendants. | |

The undersigned represents class member and objector Ginger McCall in this matter, and no other party. Pursuant to Fed. R. App. P. 12(b) and 9th Cir. R. 3-2(b), the following list shows all counsel for the respective parties to the action, identified by name, firm, address, and telephone number, where appropriate.

**Counsel for Plaintiffs Sean Lane, Mohannaed Sheikha, Sean Martin, Ali Sammour, Mohammaed Zidan, Sara Karrow, Colby Henson, Denton Hunker, Firas Sheikha, Hassen Sheikha, Linda Stewart, Tina Tran, Matthew Smith, Erica Parnell, John Conway, Phillip Huerta, Alicia Hunker, Megan Lynn Hancock, a minor, by and through her parent Rebecca Holey, and Austin Muhs, individually, and on behalf of themselves and all others similarly situated:**

PARISI & HAVENS LLP
David Christopher Parisi
Suzanne L. Havens Beckman
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299
Email: dparisi@parisihavens.com
shavens@parisihavens.com

LAW OFFICE OF JOSEPH H. MALLEY, PC
Joseph H. Malley
1045 North Zang Boulevard
Dallas, TX 75208
Telephone: (214) 943-6100
Email: malleylaw@gmail.com

KAMBERLAW, LLC
David A. Stampley
Scott A. Kamber
11 Broadway, 22nd Floor
New York, NY 10004
Telephone: (212) 920-3072
Email: dstampley@kamberlaw.com
skamber@kamberlaw.com

ERICKSEN, ARBUTHNOT
George A. Otstott, Jr.
111 Sutter Street, Suite 575
San Francisco, CA 94104
Telephone: (415) 362-7126
Email: gotstott@eakdl.com

THE COREA FIRM, PLLC
Jeremy Reade Wilson
1201 Elm Street, Suite 4150
Dallas, TX 75270
Telephone: (214) 953-3900
Email: jwilson@corealaw.com

**Counsel for Defendant Facebook, Inc.:**

COOLEY GODWARD KRONISH LLP
Maria Ostrovsky
The Prudential Tower
800 Boylston Street, 46th Floor
Boston, MA  02199
Telephone: (617) 937-2300
Email: mostrovsky@cooley.com

COOLEY GODWARD KRONISH LLP
Mark Frederick Lambert
Michael Graham Rhodes
Emily Fawne Burns
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone: (650) 843-5000
Email: mlambert@cooley.com
         rhodesmg@cooley.com
         burnsef@cooley.com

**Counsel for Defendant Blockbuster, Inc.:**

VINSON & ELKINS LLP
Marc A. Fuller
Frank C. Brame
Michael L. Raiff
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
Telephone: (214) 220-7700
Email: mfuller@velaw.com
         fbrame@velaw.com
         mraiff@velaw.com

**Counsel for Defendant Hotwire, Inc.:**

AKIN GUMP STRAUSS HAUER & FELD LLP
Shawn Hanson
580 California Street, Suite 1500
San Francisco, CA  94104-1036
Telephone: (415) 765-9500
Email: shanson@akingump.com

**Counsel for class member and objector Ginger McCall:**

CHAVEZ & GERTLER LLP
Mark A. Chavez
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Email: mark@chavezgertler.com

FRIEDMAN LAW OFFICES, PLLC
Philip S. Friedman
2401 Pennsylvania Avenue NW, Suite 410
Washington, DC 20037
Telephone: (202) 293-4175
Email: psf@consumerlawhelp.com

PUBLIC CITIZEN LITIGATION GROUP
Gregory A. Beck
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-7713
Email: gbeck@citizen.org

Dated: June 14, 2010              Respectfully submitted,

/s/ Gregory Beck
GREGORY A. BECK (pro hac vice)
**Public Citizen Litigation Group**
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-7713
Email: gbeck@citizen.org

MARK A. CHAVEZ (California Bar No. 90858)
**Chavez & Gertler LLP**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Email: mark@chavezgertler.com

PHILIP S. FRIEDMAN (California Bar No. 131521)
**Friedman Law Offices, PLLC**
2401 Pennsylvania Avenue NW, Suite 410
Washington, DC 20037
Telephone: (202) 293-4175
Email: psf@consumerlawhelp.com

*Attorneys for class member and objector Ginger McCall*