**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2010, I caused two copies of the enclosed Notice of Appeal and Representation Statement to be served by first-class mail, postage pre-paid, on the following counsel:

| | |
|---|---|
| David Christopher Parisi<br>PARISI & HAVENS LLP<br>15233 Valleyheart Drive<br>Sherman Oaks, CA  91403 | Maria Ostrovsky<br>COOLEY GODWARD KRONISH LLP<br>The Prudential Tower<br>800 Boylston Street, 46th Floor<br>Boston, MA  02199 |
| Joseph H. Malley<br>LAW OFFICE OF JOSEPH H. MALLEY, PC<br>1045 North Zang Boulevard<br>Dallas, TX  75208 | Mark Frederick Lambert<br>COOLEY GODWARD KRONISH LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155 |
| Scott A. Kamber<br>KAMBERLAW, LLC<br>11 Broadway, 22nd Floor<br>New York, NY  10004 | Marc A. Fuller<br>VINSON & ELKINS LLP<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX  75201 |
| George A. Otstott, Jr.<br>ERICKSEN, ARBUTHNOT<br>111 Sutter Street, Suite 575<br>San Francisco, CA  94104 | Shawn Hanson<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, CA  94104-1036 |
| Jeremy Reade Wilson<br>THE COREA FIRM, PLLC<br>1201 Elm Street, Suite 4150<br>Dallas, TX  75270 | |

_____
Gregory A. Beck