**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

March 21, 2013

CASE NUMBER: **CV 08-03845 RS**
CASE TITLE: **SEAN LANE, ET AL.-v- FACEBOOK, INC., ET AL.**
DATE MANDATE FILED: 3/21/2013

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Betty Walton
Case Systems Administrator

Distribution: CIVIL - Counsel of Record

**David Christopher Parisi**
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403

**Joseph H Malley**
Law Office of Joseph H. Malley, PC
1045 North Zang Boulevard
Dallas, TX 75208

**David A. Stampley**
KamberLaw, LLC
11 Broadway
22nd Floor
New York, NY 10004

**George A. Otstott , Jr.**
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105

**Jeremy Reade Wilson**
Wilson Trosclair & Lovins
302 N. Market St.
Suite 501
Dallas, TX 75202

**Scott A Kamber**
KamberLaw, LLC
11 Broadway
22nd Floor
New York, NY 10004

**Suzanne L. Havens Beckman**
Parisi & Havens, LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403

**Thomas Mathew Corea**
Corea Firm
2028 Farrington Street
Dallas, TX 75207

**Maria Ostrovsky**
Cooley Godward Kornish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

**Mark Frederick Lambert**
Cooley LLP
Five Palo Alto Square
3000 El Camino Real 4th Fl
Palo Alto, CA 94306-2155

**Michael Graham Rhodes**
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
(

**Emily Fawne Burns**
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

**Marc A. Fuller**
Vinson & Elkins L.L.P.
2001 Ross Ave.
Suite 3700
Dallas, TX 75201

**Frank C Brame**
Vinson & Elkins, LLP
2001 Ross Avenue
Suite 7300
Dallas, TX 75201

**Michael L Raiff**
Vinson & Elkins, LLP
2001 Ross Avenue
Suite 3700
Dallas, TX 75102

**Shawn Hanson**
Akin Gump Strauss Hauer & Feld LLP
580 California Street
Suite 1500
San Francisco, CA 94104-1036

**David Nathan Lake**
Law Offices of David N. Lake
16130 Ventura Boulevard
Suite 650
Encino, CA 91436

CRIMINAL    -    Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16