# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 4, 2013

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Megan Marek
v. Sean Lane, Individually and on Behalf of All Others Similarly
Situated, et al.
No. 13-136
(Your No. 10-16380, 10-16398)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. The Statement of The Chief Justice respecting the denial of certiorari can be found on the Court's web site at www.supremecourt.gov.

Sincerely,

Scott S. Harris, Clerk